

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on July 6, 2018. Appellant was granted three thirty-day extensions, making his brief due by October 4, 2018. On September 28, 2018, appellant filed a motion to supplement the reporter's record, which raised concerns regarding the completeness of the record on appeal. By order dated October 5, 2018, we abated this cause to the trial court to address the concerns raised in appellant's motion. A supplemental reporter's record was filed on December 4, 2018, and a supplemental clerk's record containing the trial court's findings of fact was filed on December 10, 2018. On December 18, 2018, the cause was reinstated on this court's docket, and appellant was ordered to file his brief by no later than January 17, 2019. Appellant filed a fifth motion for extension of time to file his brief until February 18, 2019. We granted the fifth motion but advised appellant this was the final extension of time he would be granted and that if the brief was not filed by February 18, 2019, this appeal would be abated to the trial court for an abandonment hearing and to consider whether sanctions are appropriate.

On February 19, 2019, appellant filed a sixth motion for extension of time to file his brief. The motion is DENIED. Appellant's brief is now due.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court